**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

2012 MAR -8  P 3: 12

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                    MDL No. 875

(SEE ATTACHED SCHEDULE)

*2: 09 CV 2395*

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has, in the actions on this conditional remand order: (1) severed all claims for punitive or exemplary damages; and (2) advised the Panel that coordinated or consolidated pretrial proceedings with respect to the remaining claims have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that all claims in the action(s) on this conditional remand order except the severed damages claims be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 06, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED:  3 | 6 | 2012

ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

MDL No. 875

**SCHEDULE FOR CRO**

| TRANSFEREE | | | TRANSFEROR | | | |
|------|------|--------|------|------|--------|---------------------------------|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 10−61138 | NV | 2 | 09−02395 | TAFOYA v. AC DELCO AUTO SERVICE CENTER, INC. et al |

* − denotes that the civil action has been severed.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS          :     Consolidated Under
LIABILITY LITIGATION (No. VI) :         MDL DOCKET NO. 875

**FILED**

:                                       Transferred from the
TAFOYA          **FEB 1 5 2012**        District of Nevada,
:                                       Case No. 09-02395
v.              **MICHAEL E. KUNZ, Clerk**
                **By_____Dep. Clerk**
:
AC DELCO AUTO SERVICE CENTER, :         E.D. PA No. 10-cv-61138
INC., et al.                    :

## SUGGESTION OF REMAND

**AND NOW**, this **15th** day of **February, 2012**, it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-
875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the
Court finds that, as to the above-captioned case:

a.) Plaintiff has complied with MDL-875 Administrative
Orders 12 and 12A (see the MDL 875 website's Administrative
Orders page, at http://www.paed.uscourts.gov/mdl875d.asp).

b.) Parties have completed their obligations under the Rule
16 order issued by the Court (see doc. no. 69).

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions,
including dispositive motions. Particularly relevant rulings
include:

> i.    Defendant Volkswagen Group of America's
>       motion for summary judgment was denied (doc.
>       no. 85).
>
> ii.   Defendant Honeywell International's motion
>       for summary judgment was granted in part and
>       denied in part (doc. no. 84).

e.) Rule 18 settlement discussions have been exhausted at this time as to the remaining viable defendants.

f.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket; however, it should be noted that the MDL-875 has not addressed motions *in limine* (including, in this case, the admissibility of Plaintiff's expert report; <u>see</u> doc. no. 97).

g.) The remaining viable Defendants for trial are **Honeywell International, Inc.; Borg-Warner, Inc.; Metropolitan Life Insurance Company; and Volkswagen Group of America, Inc.**

h.) Any demand for punitive damages is severed. <u>See</u> Fed. R. Civ. P. 42(b).

Accordingly, the Court **SUGGESTS** that the above-captioned case should be **REMANDED** to the United States District Court for the **District of Nevada** for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the below-listed cases have **seven (7) days** within which to consent to a trial before an

---

[1]    The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the MDL-875 Court in the Eastern District of Pennsylvania. <u>See</u> <u>In re Collins</u>, 233 F.3d 809, 810 (3d Cir. 2000) ("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); <u>see also</u> <u>In re Roberts</u>, 178 F.3d 181 (3d Cir. 1999).

Article III or Magistrate Judge in the Eastern District of
Pennsylvania.   In such an event, if consent is granted, a trial
will be scheduled within sixty (60) days, on a date convenient to
the parties in Philadelphia, Pennsylvania, and the Suggestion of
Remand will be vacated.

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

## SUGGESTION OF REMAND MEMORANDUM
Updated November 4, 2011

**To:** Transferor Judge
**From:** Judge Eduardo C. Robreno, Presiding Judicial Officer, MDL 875
**Re:** Asbestos case that has been transferred to your court

---

### Status of the case that has been transferred from the Eastern District of Pennsylvania

This case has been transferred back to the transferor court, from the MDL 875 Court in the Eastern District of Pennsylvania.

Cases that are remanded to transferor courts are ordinarily ready for trial, pursuant to this Court's Administrative Order No. 18 (see http://www.paed.uscourts.gov/mdl875d.asp).

Specific information regarding the history of a specific case while it was in the MDL 875 Court can be found in the Suggestion of Remand (above) that the MDL Court submitted to the Judicial Panel on Multidistrict Litigation in connection with its Order.

### History of MDL 875, In re: Asbestos Products Liability Litigation

MDL 875, In re: Asbestos Products Liability Litigation, involves issues relating to personal injury damages caused by asbestos products. It currently consists of about 12,000 cases transferred by the Judicial Panel on Multidistrict Litigation, which has been transferring cases to the Eastern District of Pennsylvania since 1991. Each case typically consists of claims by multiple plaintiffs against multiple defendants. Since its inception, the litigation has involved more than 100,000 cases and up to ten million claims, including land-based and maritime claims ("MARDOC").

Beginning with Administrative Order No. 12 (see http://www.paed.uscourts.gov/mdl875d.asp) in 2008, the Court initiated an aggressive, pro-active policy to facilitate the processing of cases. The policy involves giving newly transferred cases scheduling orders; setting cases for settlement conferences; having motion hearings; and remanding trial-ready cases to transferor courts, or, in the alternative, holding trials in the Eastern District of Pennsylvania (if so requested by the parties).

### Resources available for transferor courts on the MDL 875 website

More information about the history of MDL 875 can be found on the Eastern District of Pennsylvania's MDL 875 website at http://www.paed.uscourts.gov/mdl875a.asp. Additionally, all Administrative Orders issued in this litigation (including current Orders and those no longer in effect) can be found at http://www.paed.uscourts.gov/mdl875d.asp.

Also on the website is an Excel spreadsheet of all decisions issued by the Presiding Officer on substantive and procedural matters since 2008 (see http://www.paed.uscourts.gov/mdl875n.asp). This spreadsheet is updated regularly, and it can be sorted by jurisdiction, case caption, subject

matter, party name, etc. It is also word searchable. The MDL-875 Court intends this spreadsheet to be a helpful resource for transferor courts addressing issues similar to those already addressed by the MDL-875 Court.

Other options available to assist the Transferor Court with legal research include searchable databases created by LexisNexis and Westlaw. Directions on how to access these databases can be found on http://www.paed.uscourts.gov/mdl875n.asp.

## Contact information for the MDL 875 Court

The MDL 875 Court is ready, willing and able to assist the transferor court with any matters relating to the transfer of the case or any substantive or procedural issues that may arise.

You may contact the Presiding Judicial Officer (Judge_Eduardo_Robreno@paed.uscourts.gov), the MDL 875 asbestos law clerk (Michele_Ventura@paed.uscourts.gov or (267) 299-7422), or the Clerk's Office ((267) 299-7012) for further assistance.

## Intercircuit Assignment Committee

The Intercircuit Assignment Committee of the Judicial Conference, under the leadership of Judge J. Frederick Motz of the District of Maryland, can assist in the identification and assignment of a senior judge from another District who is ready, willing and able to preside over the trial of this case.  If appropriate, please contact Judge Motz at Judge_J_Frederick_Motz@mdd.uscourts.gov or (410) 962-0782.

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:10-cv-61138-ER
### Internal Use Only

TAFOYA v. AC DELCO AUTO SERVICE CENTER, INC. et al

Assigned to: HONORABLE EDUARDO C. ROBRENO

Case in other court: NV, 09-02395

Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 02/08/2010

Jury Demand: None

Nature of Suit: 368 P.I. : Asbestos

Jurisdiction: Federal Question

**Plaintiff**

**SUSAN TAFOYA**                    represented by **DIANA N. JACOBS**
GOLDBERG PERSKY & WHITE
1030 FIFTH AVE
PITTSBURGH, PA 15219
412-471-3980
Fax: 412-471-8308
Email: djacobs@gpwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JASON E. LUCKASEVIC**
GOLDBERG PERSKY & WHITE
1030 FIFTH AVE
PITTSBURGH, PA 15219
412-471-3980
Email: jluckasevic@gpwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JASON T. SHIPP**
GOLDBERG PERSKY & WHITE
1030 FIFTH AVE
PITTSBURGH, PA 15219
412-471-3980
Fax: 412-471-8308
Email: jshipp@gpwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KENNETH M. ROBERTS**
DEMPSEY ROBERTS SMITH LTD
1130 WIGWAM PARKWAY
HENDERSON, NV 89074
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AC DELCO AUTO SERVICE CENTER, INC.**

**Defendant**

**BORGWARNER, INC.**                    represented by  **EVAN D. SCHWAB**
DAVIS KELSEY
3110 S RAINBOW BLVD
LAS VEGAS, NV 89146
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FORD MOTOR COMPANY**                   represented by  **PAUL W. SHAKESPEAR**
*TERMINATED: 02/18/2011*                 SNELL & WILMER
3883 HOWARD HUGHES PKWY
LAS VEGAS, NV 89169
*TERMINATED: 02/18/2011*
*LEAD ATTORNEY*

**DANIEL R. LARSEN**
SNELL WILMER
15 W. SOUTH TEMPLE #1200
SALT LAKE CITY, UT 84101
801-257-1949
Email: dlarsen@swlaw.com
*TERMINATED: 02/18/2011*

**Defendant**

**GENUINE PARTS COMPANY**                represented by  **STEVEN E. GUINN**
*TERMINATED: 08/22/2011*                 LAXALT NOMURA LTD
9600 GATEWAY DR
RENO, NV 89521
775-322-1170
Email: sguinn@laxalt-nomura.com
*TERMINATED: 08/22/2011*
*LEAD ATTORNEY*

**HOLLY SUNSHINE PARKER**
LAXALT & NOMURA LTD
9600 GATEWAY DRIVE
RENO, NV 89521
775-322-1170
Email: hparker@laxalt-nomura.com
*TERMINATED: 08/22/2011*

**Defendant**

**GENUINE PARTS COMPANY OF NEVADA**
*TERMINATED: 08/15/2011*

represented by **LIANE S. BINOWITZ**
GORDON & REES LLP
3770 HOWARD HUGHES PARKWAY
#100
LAS VEGAS, NV 89169
702-577-9300
Email: lbinowitz@gordonrees.com
*TERMINATED: 08/15/2011*
*LEAD ATTORNEY*

**SCOTT R. COOK**
GORDON & REES LLP
3770 HOWARD HUGHES PKWY
STE 100
LAS VEGAS, NV 89169
*TERMINATED: 08/15/2011*
*LEAD ATTORNEY*

**Defendant**

**HONEYWELL INTERNATIONAL, INC.**

represented by **JACK G. ANGARAN**
GEORGESON MCQUID
5450 LONGLEY LANE
RENO, NV 89511
775-827-6440
Email: jack@renotahoelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KRISTIE A. TAPPAN**
GEORGESON ANGARAN CHTD
5450 LONGLEY LANE
RENO, NV 89511
775-827-6440
Email: kristie@renotahoelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KELSEY HAYES FAMILY LIMITED PARTNERSHIP**

**Defendant**

**MCCORD CORPORATION**
*TERMINATED: 04/04/2011*

represented by **STEVEN E. GUINN**
(See above for address)
*TERMINATED: 04/04/2011*
*LEAD ATTORNEY*

**Defendant**

**METROPOLITAN LIFE
INSURANCE COMPANY**
*formerly known as*
METROPOLITAN INSURANCE
COMPANY
*also known as*
METROPOLITAN LIFE INSURANCE
COMPANY

represented by **ROBERT R. MCCOY**
MORRIS PETERSON
900 BANK OF AMERICA PLZ
300 S. FOURTH ST
LAS VEGAS, NV 89101
*TERMINATED: 10/22/2010*
*LEAD ATTORNEY*

**JOSHUA H. REISMAN**
REISMAN SOROKAC
9480 S EASTERN AVE STE 257
LAS VEGAS, NV 89123
702-727-6258
Email: jreisman@rsnvlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**MEYER'S WESTERN AUTO
PARTS, INC.**
*TERMINATED: 01/13/2012*
*doing business as*
MEYER'S AUTO PARTS
*TERMINATED: 01/13/2012*

represented by **CRAIG R. MAKI**
SELMAN BREITMAN LLP
11766 WILSHIRE BLVD 6TH FL
LOS ANGELES, CA 90025
310-445-0800
Email: cmaki@selmanbreitman.com
*TERMINATED: 01/13/2012*
*LEAD ATTORNEY*

**ERIC O. FREEMAN**
SELMAN BREITMAN LLP
3980 HOWARD HUGHES PKWY
STE 400
LAS VEGAS, NV 89169
*TERMINATED: 01/13/2012*
*LEAD ATTORNEY*

**KAREN L. FINATERI SILBIGER**
SELMAN BREITMAN LLP
11766 WILSHIRE BLVD 6TH FL
LOS ANGELES, CA 90025
310-445-0800
Email: lsilbiger@selmanbreitman.com
*TERMINATED: 01/13/2012*

**Defendant**

**NISSAN NORTH AMERICA, INC.**
*TERMINATED: 01/03/2012*

represented by **PETER D. NAVARRO**
LITTLER MENDELSON, PC
3960 HOWARD HUGES PARKWAY
SUITE 300
LAS VEGAS, NV 89169
*TERMINATED: 01/03/2012*

*LEAD ATTORNEY*

**ROBERT J. CALDWELL**
KOLESAR & LEATHAM
400 SOUTH RAMPART STE 400
LAS VEGAS, NV 89145
*TERMINATED: 01/03/2012*
*LEAD ATTORNEY*

**LELAND I. KELLNER**
LAVIN, O'NEIL, RICCI, CEDRONE
& DISIPIO
190 NORTH INDEPENDENCE MALL
WEST
6TH & RACE STREETS
SUITE 500
PHILADELPHIA, PA 19106
215-627-0303
Fax: 215-627-2551
Email: lkellner@lavin-law.com
*TERMINATED: 01/03/2012*

**MATTHEW M. GAYLE**
LAVIN O'NEILL RICCI CEDRONE
DISIPIO
190 N INDEPENDENCE MALL
WEST
PHILADELPHIA, PA 19106
215-351-1912
Email: mgayle@lavin-law.com
*TERMINATED: 01/03/2012*

**SUSAN VICTORIA VARGAS**
BOWMAN & BROOKE LLP
879 W. 190TH ST STE 700
GARDENA, CA 90248-4227
310-768-3068
Email:
susan.vargas@bowmanandbrooke.com
*TERMINATED: 01/03/2012*

**Defendant**

**SUBARU OF AMERICA, INC.**          represented by **PAUL W. SHAKESPEAR**
*TERMINATED: 02/17/2011*                          (See above for address)
                                                  *TERMINATED: 02/17/2011*
                                                  *LEAD ATTORNEY*

**DANIEL R. LARSEN**
(See above for address)
*TERMINATED: 02/17/2011*

**Defendant**

**TOYOTA MOTOR SALES, U.S.A., INC.**
*TERMINATED: 06/24/2011*

represented by **ALEXANDRA B. MCLEOD**
BRADY VORWERCK RYDER &
CASPINO
2795 E DESERT INN ROAD
LAS VEGAS, NV 89121
*TERMINATED: 06/24/2011*
*LEAD ATTORNEY*

**JOHN R. BRYDON**
BRYDON HUGO & PARKER
135 MAIN ST 20TH FL
SAN FRANCISCO, CA 94105
*TERMINATED: 06/24/2011*
*LEAD ATTORNEY*

**ROBERT B. RYDER**
BRADY VORWERCK RYDER &
CASPINO
2795 E DESERT INN RD STE 200
LAS VEGAS, NV 89121
*TERMINATED: 06/24/2011*
*LEAD ATTORNEY*

**RANDALL K BERNARD**
BRYDON HUGO PARKER
135 MAIN STREET
18TH FLOOR
SAN FRANCISCO, CA 94105
415-808-0358
Email: rbernard@bhplaw.com
*TERMINATED: 06/24/2011*

**Defendant**

**VOLKSWAGEN GROUP OF AMERICA, INC.**

represented by **ALICE S. JOHNSTON**
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
ONE MELLON CENTER SUITE 5240

PITTSBURGH, PA 15219
412-288-2459
Email: alice.johnston@obermayer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PAUL W. SHAKESPEAR**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DANIEL R. LARSEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2010 | 1 | TRANSFER ORDER NO. 669 THAT THE CLERK OF COURT IS ORDERED TO INITIATE THE PROCEDURES FOR THE TRANSFER OF MDL 875 CASES FROM THE U.S.D.C. DISTRICT OF NEVADA, IN ACCORDANCE WITH THE TERMS OF THIS COURT'S ADMINISTRATIVE ORDER NO. 11. ENTERED AND COPIES MAILED. (kmk, ) (Entered: 02/09/2010) |
| 02/08/2010 | 2 | AMENDED ADMINISTRATIVE ORDER NO. 11 THAT THE MODIFICATIONS TO THE EXISTING PROCEDURES FOR THE PROCESSING OF CASES, DOCKETS, PLEADINGS AND ORDERS IN MDL 875 CASES ARE ADOPTED AS OUTLINED IN THIS ORDER, ETC. ENTERED AND COPIES MAILED. (kmk, ) (Entered: 02/09/2010) |
| 02/08/2010 | 3 | NOTICE TO COUNSEL (kmk, ) (Entered: 02/09/2010) |
| 03/05/2010 | 4 | SUPPLEMENTAL Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by FORD MOTOR COMPANY, (LARSEN, DANIEL) Modified on 3/5/2010 (afm, ). Modified on 3/5/2010 (afm, ). (Entered: 03/05/2010) |
| 03/12/2010 | 5 | NOTICE of Appearance by ALICE S. JOHNSTON on behalf of VOLKSWAGEN GROUP OF AMERICA, INC. CERTIFICATE OF SERVICE(JOHNSTON, ALICE) Modified on 3/15/2010 (amas). (Entered: 03/12/2010) |
| 03/22/2010 | 6 | NOTICE of Appearance by DIANA N. JACOBS on behalf of SUSAN TAFOYA with Certificate of Service(JACOBS, DIANA) (Entered: 03/22/2010) |
| 03/22/2010 | 7 | NOTICE of Appearance by JASON T. SHIPP on behalf of SUSAN TAFOYA with Certificate of Service(SHIPP, JASON) (Entered: 03/22/2010) |
| 07/01/2010 | 8 | ORDER THAT A STATUS AND SCHEDULING CONFERENCE WILL BE HELD IN THE CAPTIONED CASES (SEE PAPER NO. 7351 ON 01-MD-875 FOR LIST OF CASES) ON WEDNESDAY JULY 21, 2010 AT 10:00 A.M. IN COURTROOM 11A, 601 MARKET STREET, PHILADELPHIA, PA 19106 ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/25/10. 7/2/10 ENTERED AND COPIES MAILED AND E-MAILED.(tj, ) (Entered: 07/02/2010) |
| 07/02/2010 | 9 | ORDER THAT A STATUS AND SCHEDULING CONFERENCE WILL BE HELD IN THE CAPTIONED CASES WEDNESDAY, JULY |

| | | |
|---|---|---|
| | | 21, 2010 AT 10:00 AM IN COURTROOM 11A, UNITED STATES COURTHOUSE, 601 MARKET STREET, PHILADELPHIA, PA 19106; THAT PRIOR TO THE CONFERENCE, COUNSEL SHALL REVIEW AND ASCERTAIN THE STATUS OF EACH CASE; AND THAT FAILURE TO APPEAR AT THE CONFERENCE SHALL RESULT IN THE DISMISSAL OF THE CASE WITHOUT PREJUDICE; ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/25/2010. 7/2/2010 ENTERED AND COPIES MAILED, E-MAILED. (aeg, ) (Entered: 07/02/2010) |
| 07/09/2010 | 10 | ORDER THAT A STATUS AND SCHEDULING CONFERENCE WILL BE HELD IN THE CASES ON THE ATTACHED LIST OF CASES ON WEDNESDAY, JULY 21, 2010 AT 10:00 AM IN COURTROOM 11A, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA, 601 MARKET STREET, PHILADELPHIA, PA 19106; FAILURE TO APPEAR AT THE HEARING AND/OR CONFERENCE SHALL RESULT IN THE DISMISSAL OF THE CASE; ETC.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/8/10. 7/9/10 ENTERED AND COPIES MAILED, E-MAILED.(ah) (Entered: 07/09/2010) |
| 07/21/2010 | 11 | *Notice of Appearance and Refiling of State Court* ANSWER to Complaint together with No by MEYER'S WESTERN AUTO PARTS, INC.. (Attachments: # 1 Supplement Disclosure Statement)(MAKI, CRAIG) (Entered: 07/21/2010) |
| 08/12/2010 | 12 | ORDER THAT THE FOLLOWING DEADLINES OUTLINED IN THIS ORDER SHALL BE SET, IN THE CASES LISTED IN EXHIBIT "A", ATTACHED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/9/10. 8/12/10 ENTERED AND COPIES MAILED, E-MAILED.(ahf) (Entered: 08/12/2010) |
| 08/18/2010 | 13 | NOTICE by VOLKSWAGEN GROUP OF AMERICA, INC. *of Service of First Set of Interrogatories and Requests for Production of Documents Directed to Plaintiff* (JOHNSTON, ALICE) (Entered: 08/18/2010) |
| 08/18/2010 | 14 | NOTICE by TOYOTA MOTOR SALES, U.S.A., INC. *OF TAG-ALONG ACTION* (BERNARD, RANDALL) (Entered: 08/18/2010) |
| 08/18/2010 | 15 | NOTICE by TOYOTA MOTOR SALES, U.S.A., INC. re 14 Notice (Other) *of Refiling State Court Answer to Complaint* (BERNARD, RANDALL) (Entered: 08/18/2010) |
| 08/18/2010 | 16 | Disclosure Statement Form pursuant to FRCP 7.1 by TOYOTA MOTOR SALES, U.S.A., INC..(BERNARD, RANDALL) (Entered: 08/18/2010) |
| 08/18/2010 | 17 | NOTICE by TOYOTA MOTOR SALES, U.S.A., INC. re 16 Disclosure Statement Form, 14 Notice (Other), 15 Notice (Other) *and Certificate of Interested Parties* (Attachments: # 1 Affidavit)(BERNARD, RANDALL) (Entered: 08/18/2010) |

| 09/13/2010 | 18 | NOTICE by TOYOTA MOTOR SALES, U.S.A., INC. *of Payment of Contribution to Admin.Order No. 14* (Attachments: # 1 Affidavit) (BERNARD, RANDALL) (Entered: 09/13/2010) |
| 10/12/2010 | 19 | STIPULATION AND ORDER TO SUBSTITUTE ATTORNEYS FOR DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY F/K/A METROPOLITAN INSURANCE COMPANY by METROPOLITAN LIFE INSURANCE COMPANY. (REISMAN, JOSHUA) (COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 10/13/2010 (md). (Entered: 10/12/2010) |
| 10/14/2010 | 20 | NOTICE of Appearance by KAREN L. FINATERI SILBIGER on behalf of MEYER'S WESTERN AUTO PARTS, INC. (FINATERI SILBIGER, KAREN) (Entered: 10/14/2010) |
| 10/22/2010 | 21 | STIPULATION AND ORDER TO SUBSTITUTE THE LAW OFFICES OF REISMAN SOROKA FOR DEFT METROPOLITAN LIFE INSURANCE IN STEAD OF THE LAW OFFICES OF MORRIS PETERSON. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 10/22/10. ) 10/22/10 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 10/22/2010) |
| 10/22/2010 | 🔒 | (Court only) ***Attorney JOSHUA H. REISMAN for METROPOLITAN LIFE INSURANCE COMPANY added. Attorney ROBERT R. MCCOY terminated. (gn, ) (Entered: 10/22/2010) |
| 11/05/2010 | 22 | NOTICE by VOLKSWAGEN GROUP OF AMERICA, INC. *of Service of Second Set of Interrogatories and Requests for Production of Documents Directed to Plaintiff* (JOHNSTON, ALICE) (Entered: 11/05/2010) |
| 12/02/2010 | 23 | NOTICE by VOLKSWAGEN GROUP OF AMERICA, INC. *of Service of Responses to Plaintiff's First Set of Interrogatories, Requests for Admission and Request for Production of Documents* (JOHNSTON, ALICE) (Entered: 12/02/2010) |
| 12/02/2010 | 24 | NOTICE by FORD MOTOR COMPANY *of Service of Responses to Plaintiffs' First Set of Interrogatories, Requests for Admission and Request for Production of Documents* (LARSEN, DANIEL) (Entered: 12/02/2010) |
| 12/07/2010 | 25 | NOTICE by VOLKSWAGEN GROUP OF AMERICA, INC. *of Service of Requests for Admission Directed to Plaintiff* (JOHNSTON, ALICE) (Entered: 12/07/2010) |
| 01/06/2011 | 26 | Report Of *Plaintiff's Experts Mark S. Colella, M.D., Richard L. Hatfield and Donal F. Kirwin, SPHR, with Certificate of Service* by SUSAN TAFOYA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(SHIPP, JASON) (Entered: 01/06/2011) |
| 01/13/2011 | 27 | MOTION to Dismiss *With Prejudice* filed by SUBARU OF AMERICA, INC... (Attachments: # 1 Text of Proposed Order)(LARSEN, DANIEL) |

| | | (Entered: 01/13/2011) |
|---|---|---|
| 01/13/2011 | 28 | MOTION to Dismiss *With Prejudice* filed by FORD MOTOR COMPANY.. (Attachments: # 1 Text of Proposed Order)(LARSEN, DANIEL) (Entered: 01/13/2011) |
| 01/14/2011 | 29 | NOTICE of Appearance by SUSAN VICTORIA VARGAS on behalf of NISSAN NORTH AMERICA, INC. with Certificate of Service (VARGAS, SUSAN) (Entered: 01/14/2011) |
| 02/03/2011 | 30 | Disclosure with Certificate of Service by METROPOLITAN LIFE INSURANCE COMPANY. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(REISMAN, JOSHUA) (Entered: 02/03/2011) |
| 02/04/2011 | 31 | Disclosure with Certificate of Service by TOYOTA MOTOR SALES, U.S.A., INC.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(BERNARD, RANDALL) (Entered: 02/04/2011) |
| 02/04/2011 | 32 | Disclosure with Certificate of Service by NISSAN NORTH AMERICA, INC..(VARGAS, SUSAN) (Entered: 02/04/2011) |
| 02/07/2011 | 33 | CERTIFICATE OF SERVICE by VOLKSWAGEN GROUP OF AMERICA, INC. *Expert Designations and Reports* (LARSEN, DANIEL) (Entered: 02/07/2011) |
| 02/07/2011 | 34 | Disclosure with Certificate of Service by GENUINE PARTS COMPANY OF NEVADA.(BINOWITZ, LIANE) (Entered: 02/07/2011) |
| 02/07/2011 | 🔒 35 | Witness List by MEYER'S WESTERN AUTO PARTS, INC.. Certificate of Service (Attachments: # 1 Exhibit Epler CV, # 2 Exhibit Hessel CV, # 3 Exhibit Hessel Rpts)(MAKI, CRAIG) (Entered: 02/07/2011) |
| 02/11/2011 | 36 | NOTICE of Appearance by LELAND I. KELLNER and MATTHEW M. GAYLE on behalf of NISSAN NORTH AMERICA, INC. with Certificate of Service(KELLNER, LELAND) Modified on 2/14/2011 (md). (Entered: 02/11/2011) |
| 02/14/2011 | 37 | CERTIFICATE OF SERVICE by VOLKSWAGEN GROUP OF AMERICA, INC. *Supplemental Expert Designations and Reports* (LARSEN, DANIEL) (Entered: 02/14/2011) |
| 02/14/2011 | 🔒 38 | Witness List by MEYER'S WESTERN AUTO PARTS, INC.. Certificate of Service (Attachments: # 1 Exhibit Charles Blake)(MAKI, CRAIG) (Entered: 02/14/2011) |
| 02/17/2011 | 39 | ORDER THAT SUBARU OF AMERICA, INC., IS DISMISSED WITH PREJUDICE, EACH PARTY TO BEAR ITS OWN COSTS. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/16/11. ) 2/18/11 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 02/18/2011) |
| 02/17/2011 | 🔒 | (Court only) *** Party SUBARU OF AMERICA, INC. terminated., *** |

| | | Attorney DANIEL R. LARSEN and PAUL W. SHAKESPEAR terminated. (gn, ) (Entered: 02/18/2011) |
|---|---|---|
| 02/17/2011 | 40 | ORDER THAT FORD MOTOR COMPANY IS DISMISSED WITH SPREJUDICE, EACH PARTY TO BEAR ITS OWN COSTS. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/16/11. ) 2/18/11 ENTERED AND COPIES MAILED, E-MAILED. (gn, ) (Entered: 02/18/2011) |
| 02/18/2011 | 🔒 | (Court only) *** Party FORD MOTOR COMPANY terminated., *** Attorney DANIEL R. LARSEN and PAUL W. SHAKESPEAR terminated. (gn, ) (Entered: 02/18/2011) |
| 02/22/2011 | 41 | MOTION for Extension of Time to File *Rebuttal Expert Designation and Reports* filed by GENUINE PARTS COMPANY OF NEVADA.Affidavit.(BINOWITZ, LIANE) (Entered: 02/22/2011) |
| 02/22/2011 | 42 | Disclosure with Certificate of Service by GENUINE PARTS COMPANY OF NEVADA.(BINOWITZ, LIANE) (Entered: 02/22/2011) |
| 02/22/2011 | 43 | Disclosure with Certificate of Service by HONEYWELL INTERNATIONAL, INC..(ANGARAN, JACK) (Entered: 02/22/2011) |
| 03/22/2011 | 51 | MOTION FOR SUMMARY JUDGMENT OF DEFENDANT NISSAN NORTH AMERICA, INC. EXHIBITS, CERTIFICATE OF SERVICE.**(DUPLICATE ENTRY SEE PAPER # 49)** (Attachments: # 1 part 2)(tjd) Modified on 3/24/2011 (tjd). (Entered: 03/23/2011) |
| 03/23/2011 | 44 | MOTION for Summary Judgment filed by VOLKSWAGEN GROUP OF AMERICA, INC... (Attachments: # 1 Text of Proposed Order) (LARSEN, DANIEL) (Entered: 03/23/2011) |
| 03/23/2011 | 45 | Memorandum in Support re 44 MOTION for Summary Judgment filed by VOLKSWAGEN GROUP OF AMERICA, INC.. (Attachments: # 1 Exhibit A_Complaint, # 2 Exhibit B_Hsu Letter, # 3 Exhibit C_Hsu Depo, # 4 Exhibit D_Dincer Progress Notes, # 5 Exhibit E_Certificate of Death, # 6 Exhibit F_Colella Report, # 7 Exhibit G_Colella Depo, # 8 Exhibit H_S Tafoya Depo, # 9 Exhibit I_SS Records, # 10 Exhibit J_Kirkham Depo, # 11 Exhibit K_Moore Depo, # 12 Exhibit L_Plaintiff's Interrogatory Responses, # 13 Exhibit M_Weber Depo) (LARSEN, DANIEL) (Entered: 03/23/2011) |
| 03/23/2011 | 46 | MOTION for Summary Judgment filed by HONEYWELL INTERNATIONAL, INC..Certificate of Service. (Attachments: # 1 Exhibit Deposition of Leonard Kirkham)(TAPPAN, KRISTIE) (Entered: 03/23/2011) |
| 03/23/2011 | 47 | MOTION for Summary Judgment *and Numbered Schedule* filed by GENUINE PARTS COMPANY OF NEVADA.Memoradum. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Errata C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(BINOWITZ, LIANE) (Entered: |

| | | 03/23/2011) |
|---|---|---|
| 03/23/2011 | 48 | MOTION for Order *Granting* filed by GENUINE PARTS COMPANY OF NEVADA..(BINOWITZ, LIANE) (Entered: 03/23/2011) |
| 03/23/2011 | 49 | MOTION for Summary Judgment filed by NISSAN NORTH AMERICA, INC..Memorandum, Certificate of Service. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit)(KELLNER, LELAND) (Entered: 03/23/2011) |
| 03/23/2011 | 50 | MOTION for Summary Judgment filed by MEYER'S WESTERN AUTO PARTS, INC..Declaration; Certificate of Service. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G)(MAKI, CRAIG) (Entered: 03/23/2011) |
| 03/23/2011 | 🔒 | (Court only) ***Motions terminated: 48 MOTION for Order *Granting* filed by GENUINE PARTS COMPANY OF NEVADA. (md) (Entered: 03/24/2011) |
| 03/29/2011 | 52 | STIPULATION of Dismissal with Prejudice of all of Plaintiffs Claims Against McCord Corporation and Order by MCCORD CORPORATION. (GUINN, STEVEN) (COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 3/30/2011 (md). (Entered: 03/29/2011) |
| 04/01/2011 | 53 | JOINDER to Motions for Summary Judgment filed by Honeywell International, Inc., and VWOA Group of America, Inc., filed by GENUINE PARTS COMPANY.(PARKER, HOLLY) Modified on 4/4/2011 (md). (Entered: 04/01/2011) |
| 04/01/2011 | 🔒 | (Court only) ***Motions terminated: 53 MOTION for Joinder Defendant Genuine Parts Company's Motion for Joinder and Joinder to Motions for Summary Judgment filed by Honeywell International, Inc. and VWOA Group of America, Inc. filed by GENUINE PARTS COMPANY. (md) (Entered: 04/04/2011) |
| 04/04/2011 | 54 | ORDER THAT ALL OF PLFF'S CLAIMS AGAINST DEFT MCCORD CORPORATION ARE DISMISSED WITH PREJUDICE, AND EACH PARTY SHALL BEAR THEIR OWN FEES AND COSTS. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/1/11. ) 4/4/11 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 04/04/2011) |
| 04/04/2011 | 🔒 | (Court only) *** Party MCCORD CORPORATION terminated., *** Attorney STEVEN E. GUINN terminated. (gn, ) (Entered: 04/04/2011) |
| 04/04/2011 | 55 | STIPULATION AND ORDER TO ALLOW HONEYWELL INTERNATIONAL, INC.'S DESIGNATED EXPERTS TO SERVE AS PRIMARY EXPERTS WITH COURT APPROVAL. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/1/11. ) 4/4/11 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: |

| | | 04/04/2011) |
|---|---|---|
| 04/06/2011 | 56 | JOINDER filed by BORGWARNER, INC. to Motions for Summary Judgment filed by Honeywell International, Inc., and VWOA Group of America, Inc., Certificate of Service. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(SEELAUS, A.) Modified on 4/7/2011 (md). (Entered: 04/06/2011) |
| 04/06/2011 | 🔒 | (Court only) ***Motions terminated: 56 MOTION for Joinder filed by BORGWARNER, INC. (md) (Entered: 04/07/2011) |
| 04/08/2011 | 57 | Report Of *Volkswagen Group of America, Inc.'s Case List Pursuant to Order of Court dated March 30, 2011* by VOLKSWAGEN GROUP OF AMERICA, INC.. (JOHNSTON, ALICE) (Entered: 04/08/2011) |
| 04/12/2011 | 58 | STIPULATION of Dismissal *with Certificate of Service* by TOYOTA MOTOR SALES, U.S.A., INC.. (Attachments: # 1 Order Granting Stipulated Motion to Dismiss Toyota Motor Sales U.S.A., Inc. and Toyota Motor North America, Inc.)(BERNARD, RANDALL) (COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 4/13/2011 (md). (Entered: 04/12/2011) |
| 04/21/2011 | 59 | RESPONSE in Opposition re 46 MOTION for Summary Judgment *to the Motion for Summary Judgment filed by Defendant Honeywell International, Inc., with Certificate of Service* filed by SUSAN TAFOYA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, part 1 of 3, # 4 Exhibit 3, part 2 of 3, # 5 Exhibit 3, part 3 of 3, # 6 Exhibit 4, part 1 of 5, # 7 Exhibit 4, part 2 of 5, # 8 Exhibit 4, part 3 of 5, # 9 Exhibit 4, part 4 of 5, # 10 Exhibit 4, part 5 of 5, # 11 Exhibit 5, # 12 Exhibit 6, # 13 Exhibit 7, # 14 Exhibit 8, part 1 of 2, # 15 Exhibit 8, part 2 of 2)(SHIPP, JASON) (Entered: 04/21/2011) |
| 04/21/2011 | 60 | RESPONSE in Opposition re 56 MOTION for Joinder *to Motion for Summary Judgment Filed by Defendant Borg Warner, Inc., with Certificate of Service* filed by SUSAN TAFOYA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, part 1 of 3, # 4 Exhibit 3, part 2 of 3, # 5 Exhibit 3, part 3 of 3, # 6 Exhibit 4, part 1 of 5, # 7 Exhibit 4, part 2 of 5, # 8 Exhibit 4, part 3 of 5, # 9 Exhibit 4, part 4 of 5, # 10 Exhibit 4, part 5 of 5, # 11 Exhibit 5, # 12 Exhibit 6, # 13 Exhibit 7, # 14 Exhibit 8, part 1 of 2, # 15 Exhibit 8, part 2 of 2)(SHIPP, JASON) (Entered: 04/21/2011) |
| 04/21/2011 | 61 | RESPONSE in Opposition re 53 MOTION for Joinder *Defendant Genuine Parts Company's Motion for Joinder and Joinder to Motions for Summary Judgment filed by Honeywell International, Inc. and VWOA Group of America, Inc. to Motion for Summary Judgment filed by Defendant Genuine Parts Company, with Certificate of Service* filed by SUSAN TAFOYA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, part 1 of 3, # 4 Exhibit 3, part 2 of 3, # 5 Exhibit 3, part 3 of 3, # 6 Exhibit 4, part 1 of 5, # 7 Exhibit 4, part 2 of 5, # 8 Exhibit 4, part 3 of 5, # 9 Exhibit 4, part 4 of 5, # 10 Exhibit 4, part 5 of 5, # 11 Exhibit 5, # 12 Exhibit 6, # 13 Exhibit 7, # 14 Exhibit 8, # 15 Exhibit 9, part 1 of 2, |

| | | # 16 Exhibit 9, part 2 of 2)(SHIPP, JASON) (Entered: 04/21/2011) |
|---|---|---|
| 04/21/2011 | 62 | RESPONSE in Opposition re 47 MOTION for Summary Judgment *and Numbered Schedule to Motion for Summary Judgment filed by Defendant Genuine Parts Company of Nevada, with Certificate of Service* filed by SUSAN TAFOYA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, part 1 of 3, # 4 Exhibit 3, part 2 of 3, # 5 Exhibit 3, part 3 of 3, # 6 Exhibit 4, # 7 Exhibit 5, part 1 of 5, # 8 Exhibit 5, part 2 of 5, # 9 Exhibit 5, part 3 of 5, # 10 Exhibit 5, part 4 of 5, # 11 Exhibit 5, part 5 of 5, # 12 Exhibit 6, # 13 Exhibit 7, part 1 of 2, # 14 Exhibit 7, part 2 of 2)(SHIPP, JASON) (Entered: 04/21/2011) |
| 04/21/2011 | 63 | RESPONSE in Opposition re 50 MOTION for Summary Judgment *to Motion for Summary Judgment Filed by Defendant Meyer's Western Auto Parts, Inc., with Certificate of Service* filed by SUSAN TAFOYA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, part 1 of 3, # 4 Exhibit 3, part 2 of 3, # 5 Exhibit 3, part 3 of 3, # 6 Exhibit 4, part 1 of 5, # 7 Exhibit 4, part 2 of 5, # 8 Exhibit 4, part 3 of 5, # 9 Exhibit 4, part 4 of 5, # 10 Exhibit 4, part 5 of 5, # 11 Exhibit 5, # 12 Exhibit 6, # 13 Exhibit 7, part 1 of 2, # 14 Exhibit 7, part 2 of 2)(SHIPP, JASON) (Entered: 04/21/2011) |
| 04/21/2011 | 64 | RESPONSE in Opposition re 49 MOTION for Summary Judgment *to Motion for Summary Judgment filed by Defendant Nissan North America, Inc., with Certificate of Service* filed by SUSAN TAFOYA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, part 1 of 3, # 4 Exhibit 3, part 2 of 3, # 5 Exhibit 3, part 3 of 3, # 6 Exhibit 4, part 1 of 5, # 7 Exhibit 4, part 2 of 5, # 8 Exhibit 4, part 3 of 5, # 9 Exhibit 4, part 4 of 5, # 10 Exhibit 4, part 5 of 5, # 11 Exhibit 5, # 12 Exhibit 6, # 13 Exhibit 7, part 1 of 2, # 14 Exhibit 7, part 2 of 2)(SHIPP, JASON) (Entered: 04/21/2011) |
| 04/21/2011 | 65 | RESPONSE in Opposition re 44 MOTION for Summary Judgment *to Motion for Summary Judgment Filed by Defendant Volkswagen Group of America, Inc., with Certificate of Service* filed by SUSAN TAFOYA. (Attachments: # 1 1, # 2 2, # 3 3, part 1 of 3, # 4 3, part 2 of 3, # 5 3, part 3 of 3, # 6 4, part 1 of 5, # 7 4, part 2 of 5, # 8 4, part 3 of 5, # 9 4, part 4 of 5, # 10 4, part 5 of 5, # 11 5, # 12 6, # 13 7, # 14 8, part 1 of 2, # 15 8, part 2 of 2)(SHIPP, JASON) (Entered: 04/21/2011) |
| 05/18/2011 | 66 | ORDER THAT HEARINGS ON ALL PENDING OPPOSED DISPOSITIVE MOTIONS, INCLUDING MOTIONS FOR SUMMARY JUDGEMENTN IN THE CASES LISTED IN EXHIBIT "A," ATTACHED, WILL BE HELD ON 6/14/11, AT 10:00AM.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/17/11. 5/18/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 05/18/2011) |
| 05/18/2011 | 67 | ORDER THAT DEFT GENUINE PARTS COMPANY OF NEVADA REQUESTS AN EXTENSION OF TIME IN WHICH TO FILE ITS REBUTTAL EXPERT DESIGNATION AND REPORTS IS GRANTED. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO |

| | | |
|---|---|---|
| | | ON 5/17/11. ) 5/19/11 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 05/19/2011) |
| 05/18/2011 | 🔒 | (Court only) ***Motions terminated: 41 MOTION for Extension of Time to File *Rebuttal Expert Designation and Reports* filed by GENUINE PARTS COMPANY OF NEVADA. (gn, ) (Entered: 05/19/2011) |
| 05/23/2011 | 68 | NOTICE of Change of Address by JOSHUA H. REISMAN(REISMAN, JOSHUA) (Entered: 05/23/2011) |
| 05/23/2011 | 69 | ORDER THAT THE PREVIOUSLY-SCHEDULED STATUS AND SCHEDULING CONFERENCE SET FOR 6/14/11 AT 10AM IN THE CASES LISTED IN EXHIBIT A IS RESCHEDULED 6/21/11 AT 10:00AM. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/20/11. 5/23/11 ENTERED AND COPIES MAILED, E-MAILED. (dp, ) Modified on 5/24/2011 (tjd). (Entered: 05/23/2011) |
| 06/06/2011 | 70 | REPLY to Response to Motion re 46 MOTION for Summary Judgment filed by HONEYWELL INTERNATIONAL, INC.. (TAPPAN, KRISTIE) (Entered: 06/06/2011) |
| 06/06/2011 | 71 | REPLY to Response to Motion re 50 MOTION for Summary Judgment filed by MEYER'S WESTERN AUTO PARTS, INC.. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(MAKI, CRAIG) (Entered: 06/06/2011) |
| 06/06/2011 | 72 | RESPONSE in Support re 53 MOTION for Joinder *Defendant Genuine Parts Company's Motion for Joinder and Joinder to Motions for Summary Judgment filed by Honeywell International, Inc. and VWOA Group of America, Inc.* filed by GENUINE PARTS COMPANY. (GUINN, STEVEN) (Entered: 06/06/2011) |
| 06/06/2011 | 73 | REPLY to Response to Motion re 44 MOTION for Summary Judgment filed by VOLKSWAGEN GROUP OF AMERICA, INC.. (Attachments: # 1 Exhibit 1 Hsu Dep, # 2 Exhibit 2 Weber Dep, # 3 Exhibit 3 - Medical Records)(LARSEN, DANIEL) (Entered: 06/06/2011) |
| 06/06/2011 | 74 | MOTION to Strike *Affidavit of Joseph H. Guth, Ph.D. [65-1]* filed by VOLKSWAGEN GROUP OF AMERICA, INC... (Attachments: # 1 Text of Proposed Order)(LARSEN, DANIEL) (Entered: 06/06/2011) |
| 06/06/2011 | 75 | Memorandum in Support *of Motion to Strike 74* filed by VOLKSWAGEN GROUP OF AMERICA, INC.. (Attachments: # 1 Exhibit 1 - Larsen Decl., # 2 Exhibit 2 - Smith v. Ford, # 3 Exhibit 3 - Buttars v. Atlas)(LARSEN, DANIEL) (Entered: 06/06/2011) |
| 06/06/2011 | 76 | REPLY to Response to Motion re 49 MOTION for Summary Judgment filed by NISSAN NORTH AMERICA, INC.. (KELLNER, LELAND) (Entered: 06/06/2011) |
| 06/13/2011 | 77 | JOINDER to Volkswagen Group of America's Motion to Strike Affidavit, filed by HONEYWELL INTERNATIONAL, INC., Certificate of Service.(TAPPAN, KRISTIE) Modified on 6/14/2011 (md). (Entered: |

| . | | 06/13/2011) |
|---|---|---|
| 06/13/2011 | 🔒 | (Court only) ***Motions terminated: 77 MOTION to Strike JOINDER to Volkswagen Group of America filed by HONEYWELL INTERNATIONAL, INC. (md) (Entered: 06/14/2011) |
| 06/17/2011 | 78 | Proposed Pretrial Order by MEYER'S WESTERN AUTO PARTS, INC.. (MAKI, CRAIG) (Entered: 06/17/2011) |
| 06/17/2011 | 79 | JOINDER to Volkswagen Group of America, Inc.'s Motion to Strike, filed by MEYER'S WESTERN AUTO PARTS, INC., Certificate of Service.(MAKI, CRAIG) Modified on 6/20/2011 (md) (Entered: 06/17/2011) |
| 06/17/2011 | 🔒 | (Court only) ***Motions terminated: 79 MOTION for Joinder Joinder to Motion to Strike filed by MEYER'S WESTERN AUTO PARTS, INC. (md) (Entered: 06/20/2011) |
| 06/24/2011 | 80 | ORDER THAT TOYOTA MOTOR SALES U.S.A., INC. AND TOYOTA MOTOR NORTH AMERICA, INC. IS DISMISSED WITH PREJUDICE, EACH PARTY TO BEAR ITS OWN COSTS. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/24/11. ) 6/27/11 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 06/27/2011) |
| 06/24/2011 | 🔒 | (Court only) *** Party TOYOTA MOTOR SALES, U.S.A., INC. terminated., *** Attorney ALEXANDRA B. MCLEOD; ROBERT B. RYDER; RANDALL K BERNARD and JOHN R. BRYDON terminated. (gn, ) (Entered: 06/27/2011) |
| 06/24/2011 | 81 | ORDER THAT DEFT VOLKSWAGEN'S MOTION TO STRIKE AFFIDAVIT OF JOSEPH H. GUTH, PH.D. IS GRANTED AND THE AFFIDAVIT OF JOSEPH H. GUTH, PH.D (DOC #65) IS STRICKEN. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/22/11. ) 6/27/11 ENTERED AND COPIES MAILED, E-MAILED. (gn, ) (Entered: 06/27/2011) |
| 06/27/2011 | 82 | NOTICE by SUSAN TAFOYA *of Settlement with Defendants Genuine Parts Company, Genuine Parts Company of Nevada and Nissan North America, Inc., with Certificate of Service* (SHIPP, JASON) (Entered: 06/27/2011) |
| 06/27/2011 | 🔒 | (Court only) ***Motions terminated: (gn, ) (Entered: 06/28/2011) |
| 07/01/2011 | 83 | ORDER THAT THE MOTION FOR JOINDER OF DEFENDANT BORG-WARNER MORSE TEC, INC. IS GRANTED AND THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT BORG-WARNER MORSE TEC, INC. (DOC. NO. 56) IS DENIED.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 7/1/2011. 7/5/2011 ENTERED AND COPIES MAILED, E-MAILED.(jmf, ) (Entered: 07/05/2011) |
| 07/01/2011 | 84 | ORDERED THAT THE MOTION FOR SUMMARY JUDGMENT OF |

| | | DEFENDANT HONEYWELL INTERNATIONAL, INC. (DOC. NO. 46) IS GRANTED IN PART AND DENIED IN PART. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 7/1/2011.7/5/2011 ENTERED AND COPIES MAILED, E-MAILED.(jmf, ) (Entered: 07/05/2011) |
|---|---|---|
| 07/01/2011 | 85 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC. (DOC. NO. 44) IS DENIED.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 7/1/2011.7/5/2011 ENTERED AND COPIES MAILED, E-MAILED.(jmf, ) (Entered: 07/05/2011) |
| 07/01/2011 | 86 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT MEYER'S WESTERN AUTO PARTS, INC. (DOC. NO. 50) IS GRANTED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 7/1/2011.7/5/2011 ENTERED AND COPIES MAILED, E-MAILED.(jmf, ) (Entered: 07/05/2011) |
| 07/12/2011 | 87 | STIPULATION of Dismissal *for Order Dismissing Defendant GPCN* by GENUINE PARTS COMPANY OF NEVADA. (BINOWITZ, LIANE) (Entered: 07/12/2011) |
| 07/15/2011 | 88 | MOTION for Reconsideration re 85 Order on Motion for Summary Judgment *[or in the alternative, for Clarification]* filed by VOLKSWAGEN GROUP OF AMERICA, INC...(LARSEN, DANIEL) (Entered: 07/15/2011) |
| 07/15/2011 | 89 | Memorandum in Support of re 88 MOTION for Reconsideration re 85 Order on Motion for Summary Judgment *[or in the alternative, for Clarification]* filed by VOLKSWAGEN GROUP OF AMERICA, INC.. (LARSEN, DANIEL) (Entered: 07/15/2011) |
| 07/29/2011 | 90 | RESPONSE in Opposition re 88 MOTION for Reconsideration re 85 Order on Motion for Summary Judgment *[or in the alternative, for Clarification] with Certificate of Service* filed by SUSAN TAFOYA. (SHIPP, JASON) (Entered: 07/29/2011) |
| 08/11/2011 | 91 | Offer of Judgment *Judgment* by MEYER'S WESTERN AUTO PARTS, INC.. (MAKI, CRAIG) (FILED IN ERROR BY ATTORNEY; ATTORNEY WILL RE-SUBMIT IN HARD COPY) Modified on 8/12/2011 (nd, ). (Entered: 08/11/2011) |
| 08/12/2011 | 92 | MOTION to Permit *VWGoA to File a Reply in Support of its Motion for Reconsideration or Clarification* filed by VOLKSWAGEN GROUP OF AMERICA, INC... (Attachments: # 1 Proposed Order, # 2 Reply in Support (as exhibit to Motion))(JOHNSTON, ALICE) (Entered: 08/12/2011) |
| 08/15/2011 | 93 | STIPULATION of Dismissal by GENUINE PARTS COMPANY. (GUINN, STEVEN) (Entered: 08/15/2011) |
| 08/15/2011 | 94 | ORDER THAT ALL OF PLFF'S CLAIMS AGAINST DEFT GENUINE PARTS COMPANY OF NEVADA ARE DISMISSED |

| | | |
|---|---|---|
| | | WITH PREJUDICE, AND EACH PARTY SHALL BEAR THEIR OWN FEES AND COSTS. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/12/11. ) 8/15/11 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 08/15/2011) |
| 08/15/2011 | 🔒 | (Court only) *** Party GENUINE PARTS COMPANY and GENUINE PARTS COMPANY OF NEVADA terminated., *** Attorney LIANE S. BINOWITZ and SCOTT R. COOK terminated. (gn, ) (Entered: 08/15/2011) |
| 08/15/2011 | 🔒 | (Court only) ***Motions terminated: 47 MOTION for Summary Judgment *and Numbered Schedule* filed by GENUINE PARTS COMPANY OF NEVADA. (lisad, ) (Entered: 11/22/2011) |
| 08/22/2011 | 95 | ORDER THAT GENUINE PARTS COMPANY IS DISMISSED WITH PREJUDICE, EACH PARTY TO BEAR THEIR OWN FEES AND COSTS. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/18/11. ) 8/23/11 ENTERED AND COPIES MAILED, E-MAILED. (gn, ) (Entered: 08/23/2011) |
| 08/22/2011 | 🔒 | (Court only) *** Attorney STEVEN E. GUINN and HOLLY SUNSHINE PARKER terminated. (gn, ) (Entered: 08/23/2011) |
| 08/31/2011 | 96 | NOTICE by GENUINE PARTS COMPANY *of Entry of Order* (GUINN, STEVEN) (Entered: 08/31/2011) |
| 09/01/2011 | 97 | ORDER THAT DEFT VOLKSWAGEN GROUP OF AMERICA, INC.'S MOTION FOR RECONSIDERATION (DOC #88) IS DENIED. IT IS FURTHER ORDERED THAT DEFT VOLKSWAGEN GROUP OF AMERICA, INC.'S MOTION FOR CLARIFICATION IS GRANTED, ETC. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/31/11. ) 9/1/11 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 09/01/2011) |
| 11/21/2011 | 98 | ORDER THAT THE MOTIONS LISTED IN EXHIBIT "A," ATTACHED, ARE GRANTED AS UNOPPOSED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 11/21/2011. 11/22/2011 ENTERED AND COPIES MAILED AND E-MAILED. (aeg, ) (Entered: 11/22/2011) |
| 11/21/2011 | 🔒 | (Court only) ***Motions terminated: (55 in 2:10-cv-69375-ER), (70 in 2:10-cv-82905-ER), (122 in 2:10-cv-61128-ER), (19 in 2:10-cv-64601-ER), (271 in 2:10-cv-69379-ER), (70 in 2:10-cv-64161-ER), (28 in 2:10-cv-78910-ER), (70 in 2:10-cv-69376-ER), (27 in 2:10-cv-61008-ER), (11 in 2:10-cv-78908-ER), (258 in 2:10-cv-69379-ER), (128 in 2:10-cv-67417-ER), (72 in 2:10-cv-68059-ER), (51 in 2:10-cv-69376-ER), (131 in 2:10-cv-61128-ER), (94 in 2:10-cv-84925-ER), (18 in 2:10-cv-78912-ER), (130 in 2:10-cv-67417-ER), (31 in 2:10-cv-60996-ER), (208 in 2:10-cv-64604-ER), (292 in 2:10-cv-84922-ER), (20 in 2:10-cv-78924-ER), (127 in 2:10-cv-61128-ER), (74 in 2:10-cv-60987-ER), (75 in 2:10-cv-60989-ER), (96 in 2:10-cv-84925-ER), (210 in 2:10-cv-84913-ER), (295 in 2:10-cv-84922-ER), (147 in 2:10-cv-68059-ER), (259 in 2:10-cv-69379-ER), (91 in 2:10-cv-84925-ER), (189 in 2:10-cv-84913-ER), |

| | | |
|---|---|---|
| | | (87 in 2:10-cv-82905-ER), (69 in 2:10-cv-64151-ER), (93 in 2:10-cv-68061-ER), (92 in 2:10-cv-83253-ER), (22 in 2:10-cv-78908-ER), (130 in 2:10-cv-68059-ER), (16 in 2:10-cv-69513-ER), (17 in 2:10-cv-78911-ER), (87 in 2:10-cv-67022-ER), (137 in 2:10-cv-64604-ER), (9 in 2:10-cv-67188-ER), (118 in 2:10-cv-83254-ER), (107 in 2:10-cv-83254-ER), (92 in 2:10-cv-61138-ER), (149 in 2:10-cv-68059-ER), (129 in 2:10-cv-67417-ER), (39 in 2:10-cv-82905-ER), (273 in 2:10-cv-69379-ER), (77 in 2:10-cv-84913-ER), (52 in 2:10-cv-83248-ER), (151 in 2:10-cv-68059-ER). (aeg, ) (Entered: 11/22/2011) |
| 12/16/2011 | 99 | MOTION to Remand filed by SUSAN TAFOYA.Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A)(JACOBS, DIANA) (Entered: 12/16/2011) |
| 12/20/2011 | 100 | STIPULATION of Dismissal *with prejudice* by NISSAN NORTH AMERICA, INC.. (GAYLE, MATTHEW) (Entered: 12/20/2011) |
| 01/03/2012 | 101 | ORDER THAT ALL CLAIMS AGAINST NISSAN NORTH AMERICA, INC. ARE WITHDRAWN AND NISSAN NORTH AMERICA, INC. IS HEREBY DISMISSED FROM THIS LITIGATION WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 12/23/2011. 1/3/2012 ENTERED AND COPIES MAILED, E-MAILED. (stwe, ) (Entered: 01/03/2012) |
| 01/03/2012 | 102 | RESPONSE to Motion re 99 MOTION to Remand filed by VOLKSWAGEN GROUP OF AMERICA, INC.. (Attachments: # 1 Proposed Suggestion of Remand)(JOHNSTON, ALICE) (Entered: 01/03/2012) |
| 01/03/2012 | 🔒 | (Court only) ***Motions terminated: 49 MOTION for Summary Judgment filed by NISSAN NORTH AMERICA, INC.. (stwe, ) (Entered: 01/04/2012) |
| 01/13/2012 | 103 | ORDER THE PLFF SUSAN TAFOYA, AS AN INDIVIDUAL AND SPECIAL ADMINISTRATOR OF THE ESTATE OF RUDY TAFOYA, RECOVER NOTHING, THE ACTION BE DISMISSED ON THE MERITS, AND DEFT MEYERS WESTERN AUTO PARTS, INC. RECOVER COSTS FROM PLFF SUSAN TAFOYA. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/12/12. ) 1/13/12 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 01/13/2012) |
| 01/13/2012 | 🔒 | (Court only) *** Party MEYER'S WESTERN AUTO PARTS, INC. terminated., *** Attorney CRAIG R. MAKI; KAREN L. FINATERI SILBIGER and ERIC O. FREEMAN terminated. (gn, ) (Entered: 01/13/2012) |
| 01/18/2012 | 104 | NOTICE by MEYER'S WESTERN AUTO PARTS, INC. *NOTICE OF ENTRY OF JUDGMENT* (MAKI, CRAIG) (Entered: 01/18/2012) |
| 02/15/2012 | 105 | ORDER THAT THE COURT SUGGESTS THAT THE ABOVE-CAPTIONED CASE SHOULD BE REMANDED TO THE U.S. |

| | | DISTRICT COURT FOR THE EASTERN DISTRICT OF NEVADA FOR RESOLUTION OF ALL MATERS PENDING WHTIN THIS CASE EXCEPT PUNITIVE DAMAGES, ETC. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/15/12. ) 2/15/12 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 02/15/2012) |
|---|---|---|
| 03/06/2012 | <u>106</u> | Copy of Conditional Remand Order from the Judicial Panel on Multidistrict Litigation that all claims in the action on this order except the severed damages claims be remanded to its respective transferor court: NV-D 2:09-2395. (See Paper # 8476 in 01-md-875). (tjd) (Entered: 03/06/2012) |
| 03/06/2012 | 🔒 | (Court only) ***Motions terminated: <u>99</u> MOTION to Remand filed by SUSAN TAFOYA., ***Deadlines terminated. (tjd) (Entered: 03/06/2012) |