ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:    rcaldwell@klnevada.com

Attorneys for (Dismissed) Defendant,
NISSAN NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SUSAN TAFOYA, an individual; and SUSAN TAFOYA, as Special Administrator of the Estate of Rudy Tafoya, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> AC DELCO AUTO SERVICE CENTER, INC., BORGWARNER, INC., FORD MOTOR COMPANY, GENUINE PARTS COMPANY; GENUINE PARTS COMPANY OF NEVADA; HONEYWELL INTERNATIONAL, INC.; McCORD CORPORATION; METROPOLITAN LIFE INSURANCE COMPANY f/k/a METROPOLITAN INSURANCE COMPANY; MEYER'S WESTERN AUTO PARTS, INC. d/b/a MEYER'S AUTO PARTS; NISSAN NORTH AMERICA, INC.; SUBARU OF AMERICA, INC.; TOYOTA MOTORS SALES, U.S.S., INC.; TOYOTA MOTOR NORTH AMERICAN, INC.; VOLKSWAGEN GROUP OF AMERICAN, INC.; DOES 1-25; ROE ENTITIES 26-50, <br><br> Defendants. | CASE NO. 2:09-cv-02395 <br><br> **REQUEST AND [PROPOSED] ORDER FOR REMOVAL FROM THE CM/ECF SERVICE LIST** |

1134644.doc (7650-2)                    Page 1 of 4

Counsel for Defendant, Nissan North America, Inc., hereby requests removal from the Court's CM/ECF service list in this matter. As indicated on the attached document, Defendant, Nissan North America, Inc., was formally dismissed from the instant action on January 3, 2012, prior to remand. This request includes the removal of Robert J. Caldwell, Esq. of Kolesar & Leatham, along with Peter D. Navarro, Esq., a former Kolesar & Leatham attorney who is now with Littler Mendelson, P.C. and, to the extent she may appear on the Court's docket, Susan V. Vargas, Esq., an attorney with Bowman and Brooke, who associated as counsel while the case was pending in the MDL Court.

DATED this 22nd day of March, 2012.

**KOLESAR & LEATHAM**

By _/s/ Robert J. Caldwell_
ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for (Dismissed) Defendant,
NISSAN NORTH AMERICA, INC.

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: March 27, 2012

_____
UNITED STATES MAGISTRATE JUDGE

Case 2:10-cv-61138-ER   Document 100   Filed 12/20/11   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | |
| SUSAN TAFOYA, <br><br> Plaintiff, <br><br> v. <br><br> A.C. DELCO AUTO SERVICE CENTER, et al., <br><br> Defendants. | Consolidated Under MDL DOCKET NO. 875 <br><br> Civil Action No. 2:10-CV-61138-ER <br><br> Transferred from District Court for the District of Nevada |

FILED
JAN - 3 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### STIPULATION OF DISMISSAL OF NISSAN NORTH AMERICA, INC.

AND NOW, this 14th day of December, 2011, it is hereby stipulated and agreed, by and between counsel for Plaintiff, Susan Tafoya, and counsel for Defendant, Nissan North America, Inc., that all claims asserted against Nissan North America, Inc. are withdrawn, and Nissan North America, Inc. is hereby dismissed from this litigation with prejudice and without costs to any party.

GOLDBERG, PERSKY & WHITE, P.C.

BY: _____
Jason Luckasevic, Esquire
Attorneys for Plaintiff,
Susan Tafoya

DATE: DEC 23 2011

BOWMAN AND BROOKE LLP

BY: _____
Susan V. Vargas, Esquire
Attorneys for Defendant,
Nissan North America, Inc.

_____
Eduardo C. Robreno, J.

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Kolesar & Leatham and that on the 22nd day of March, 2012, I caused to be served a true and correct copy of foregoing **REQUEST AND [PROPOSED] ORDER FOR REMOVAL FROM THE CM/ECF SERVICE LIST** in the following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5(D) of the Nevada Rules of Civil Procedure, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

| | |
|---|---|
| Alexandra B McLeod | efilelv@bvrclaw.com, amcleod@bvrclaw.com, sgorodetzer@bvrclaw.com |
| Dan R. Larsen | dlarsend@swlaw.com |
| Eric O Freeman | efreeman@selmanbreitman.com, cmaki@selmanbreitman.com, cmartin@selmanbreitman.com |
| Evan D Schwab | eschwab@daviskelsey.com |
| Jack G. Angaran | jack@renotahoelaw.com, sherie@renotahoelaw.com |
| Jason E Luckasevic | jluckasevic@gpwlaw.com, cdeunger@gpwlaw.com |
| Joshua H Reisman | jreisman@rsnvlaw.com, esorokac@rsnvlaw.com |
| Kenneth M Roberts | kenroberts@drsltd.com |
| Liane S. Binowitz | lbinowitz@gordonrees.com, arivera@gordonrees.com, ronorato@gordonrees.com |
| Paul W. Shakespear | pshakespear@swlaw.com, DOCKET_LAS@swlaw.com, tstephenson@swlaw.com |
| Peter D. Navarro | pnavarro@littler.com, ebeckman@littler.com |
| Robert B. Ryder | efilelv@bvrclaw.com |
| **Robert J. Caldwell** | **RCaldwell@KLNevada.com, CColucci@KLNevada.com,** usdistrict@klnevada.com |
| Robert R. McCoy | rrm@morrislawgroup.com, hrs@morrislawgroup.com |

1  Notice has been delivered via U.S. Mail to:

John R. Brydon
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Kristie A. Tappan
Georgeson Angaran, Chtd.
5450 Longley Lane
Reno, NV 89511

*/s/ Kristi Coluna*
An Employee of KOLESAR & LEATHAM