JASON LUCKASEVIC, ESQ.
Pennsylvania ID No. 85557
GOLDBERG, PERSKY & WHITE, P.C.
1030 Fifth Avenue
Pittsburgh, Pennsylvania 15219
Telephone: (412) 471-3980
Facsimile: (412) 471-8308
E-Mail: jluckasevic@gpwlaw.com
Attorneys for Plaintiffs

KENNETH M. ROBERTS, ESQ.
Nevada Bar No. 004729
DEMPSEY, ROBERTS & SMITH, LTD.
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 388-1216
Facsimile: (702) 388-2514
E-Mail: kenroberts@drsltd.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN TAFOYA, AN INDIVIDUAL; AND SUSAN TAFOYA, AS SPECIAL, ADMINISTRATOR OF THE ESTATE OF RUDY TAFOYA, DECEASED,<br><br>PLAINTIFFS,<br><br>vs.<br><br>AC DELCO AUTO SERVICE CINTER, INC., ET. AL.,<br><br>DEFENDANTS, | CASE NO.: 2:09-CV-2395-KJD-PAL<br><br><br><br><br><br>**MOTION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER** |

COMES NOW, Plaintiff, Susan Tafoya, an Individual; and Susan Tafoya, as Special Administrator of the Estate of Rudy Tafoya, Deceased, (hereinafter referred to as "Plaintiff"), by and through their

counsel of record, Dempsey Roberts & Smith, Ltd. and Goldberg, Persky & White, P.C., pursuant to the Court's April 24, 2012 Minute Order, and hereby request approval of Plaintiffs' Motion for Extension of Time to File Joint Pretrial Order and in support of their request, state as follows:

1. All counsel had a misunderstanding as to who was going to draft the Joint Pretrial Order. Finally, on May 15, 2012, Plaintiff's counsel, Jason E. Luckasevic, was requested to draft the Joint Pretrial Order.

2. Plaintiff requires additional time due to the fact this case involves complex litigation and Plaintiff's counsel needs to obtain all necessary documentation from defendants' to prepare the Joint Pretrial Order.

3. Plaintiffs have had no prior extensions and no party will be prejudiced by the granting of this extension since trial in this matter is not scheduled until sometime in 2013.

4. No parties object to this request for extension.

5. This request is not made for the purpose of delay.

6. Plaintiffs request that this Court issue a Minute Order granting it until June 18, 2012 to file the Joint Pretrial Order.

WHEREFORE, Plaintiffs respectfully request this Honorable Court grant their Motion for a 30 day Extension of Time to file a Joint Pretrial Order.

DATED this 16th day of May, 2012.

DEMPSEY, ROBERTS & SMITH, LTD.

_____
Kenneth M. Roberts, Esquire
Nevada Bar No.: 4729
1130 Wigwam Parkway
Henderson, NV  89074
Attorneys for Plaintiffs

GOLDBERG, PERSKY & WHITE, P.C.

_____
Jason Luckasevic, Esquire
Pennsylvania ID No. 85557
1030 Fifth Avenue
Pittsburgh, PA 15219
Attorneys for Plaintiffs

IT IS SO ORDERED this 17th day of May, 2012.

_____
Peggy A. Leen
United States Magistrate Judge

## PROOF OF SERVICE / CERTIFICATE OF MAILING

The undersigned hereby certifies that service of the foregoing MOTION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER was made on the following party(ies):

Jack G. Anagran, Esquire
Jaime K. Black, Esquire
GEORGESON ANGRAN, CHTD.
5450 Longley Lane
Reno, NV  89511
Telephone:  (775) 827-6440
Facsimile:  (775) 827-9256
jack@renotahoelaw.com
**Attorneys for Defendant**
**Honeywell International, Inc.**

Elizabeth L. Phifer, Esquire
PHIFER LAW FIRM, PC
DAVIS KELSEY
15150 Preston Road, Suite 200
Dallas, Texas 75248
Telephone:  (972) 503-6300
Facsimile:  (972) 503-6301
ephifer@phiferlawfirmpc.com
**Attorneys for Defendant**
**Borg-Warner, Inc.**

Paul W. Shakespear, Esquire
SNELL & WILMER, LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
pshakespear@swlaw.com
**Attorneys for Defendant**
**Volkswagen Group of America, Inc.**

Dan R. Larsen, Esquire
SNELL & WILMER, LLP
15 West South Temple, Suite 1200
Salt Lake City, UT  84101
Telephone:  (801) 257-1900
Facsimile:  (801) 257-1800
dlarsen@swlaw.com
**Attorneys for Defendant**
**Volkswagen Group of America, Inc.**

Joshua H. Reisman, Esquire
Jacqueline N. Walton, Esquire
RESIAMN SOROKAC
8965 South Eastern Avenue, Suite 383
Las Vegas, NV  89123
Telephone:  (702) 727-6258
Facsimile:  (702) 446-6756
esorokac@rsnvlaw.com
**Attorney for Defendant**
**Metropolitan Life Insurance Company**
**f/k/a Metropolitan Insurance Company**

By causing a full, true and correct copy thereof to be sent by the following methods on the date set forth below:

__✓__  by E-Notification pursuant to LR 5-4

__✓__  by mailing in a sealed, first-class postage-prepaid envelope and deposited with the United States Postal Service at Las Vegas, Nevada to all parties.

_____  by hand-delivery to _____

/ / /

/ / /

/ / /

3

_____ by sending via overnight courier in a sealed prepaid envelope to

_____

Dated this 16th day of May, 2012.

                                  _____
                                  An employee of Dempsey, Roberts & Smith, Ltd.

4