1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **DISTRICT OF NEVADA**

6

7 SUSAN TAFOYA,                              )

8                          Plaintiff,         )          Case No. 2:09-cv-02395-KJD-PAL
                                            )
9 vs.                                       )          **ORDER**
                                            )
10 AC DELCO AUTO SERVICE CENTER, INC.,       )          (Reqst. Exempt from SC - Dkt. #80)
et al.,                                     )
11                                          )
                         Defendants.        )
12 _____ )

13         Before the court is Defendant Honeywell International, Inc's ("Honeywell") Request for an

14 Exception to the Attendance Requirements re: Settlement Conference (Dkt. #80) filed November 29,

15 2012.  The motion requests that Honeywell's Regional Corporate Counsel, Mr. William J. Mendrzycki,

16 Esq., who has binding authority to settle this matter, appear telephonically for the settlement conference

17 as his office is located in Highland Mills, New York.  No reason is given for the request other than that

18 the individual with settlement authority resides out of state.

19         **IT IS ORDERED** that Defendant Honeywell International, Inc.'s Request for an Exception to

20 the Attendance Requirements re: Settlement Conference (Dkt. #80) is **DENIED**.

21         Dated this 4th day of December, 2012.

22

23         _____

24         Peggy A. Leen
           United States Magistrate Judge

25

26

27

28