# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SUSAN TAFOYA, | ) | |
| Plaintiff, | ) | Case No. 2:09-cv-02395-KJD-PAL |
| vs. | ) | **ORDER** |
| AC DELCO AUTO SERVICE CENTER, INC., et al., | ) | (Reqst. Exempt from SC - Dkt. #80) |
| Defendants. | ) | |

Before the court is Defendant Honeywell International, Inc's ("Honeywell") Request for an Exception to the Attendance Requirements re: Settlement Conference (Dkt. #80) filed November 29, 2012. The motion requests that Honeywell's Regional Corporate Counsel, Mr. William J. Mendrzycki, Esq., who has binding authority to settle this matter, appear telephonically for the settlement conference as his office is located in Highland Mills, New York. No reason is given for the request other than that the individual with settlement authority resides out of state.

**IT IS ORDERED** that Defendant Honeywell International, Inc.'s Request for an Exception to the Attendance Requirements re: Settlement Conference (Dkt. #80) is **DENIED**.

Dated this 4th day of December, 2012.

Peggy A. Leen
United States Magistrate Judge