Dan R. Larsen (*Pro Hac Vice*)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, UT 84101
Telephone: (801) 933-8957
Facsimile: (801) 933-7373
Email: larsen.dan@dorsey.com

James M. Evans (*Pro Hac Vice*)
**OBERMAYER REBMANN**
**MAXWELL & HIPPEL LLP**
BNY Mellon, Suite 5240
500 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 288-2473
Facsimile: (412) 566-1508
Email: jay.evans@obermayer.com

Paul W. Shakespear (Nevada Bar No. 10752)
**SNELL & WILMER L.L.P.**
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: pshakespear@swlaw.com

Attorneys for Defendant
VOLKSWAGEN GROUP OF AMERICA, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN TAFOYA, an Individual, and SUSAN TAFOYA, as Special Administrator of the Estate of RUDY TAFOYA, deceased,,<br>Plaintiff,<br>vs.<br>AC DELCO AUTO SERVICE CENTER, INC., et al.,,<br>Defendant. | **ORDER FOR DISMISSAL OF VOLKSWAGEN GROUP OF AMERICA, INC., WITH PREJUDICE**<br><br>**CASE NO.: 2:09-CV-02395-KJD-PAL** |

Based upon the Motion and Stipulation of Plaintiff Susan Tafoya and Defendant

Volkswagen Group of America, Inc., IT IS HEREBY ORDERED that the Defendant

1

Volkswagen Group of America, Inc., is dismissed with prejudice, each party to bear their own respective attorney's fees and costs.

DATED this __22__ day of __January__, 201_3_.

BY THE COURT

_____

UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

GOLDBERG, PERSKY & WHITE, P.C.

_____
Jason Luckasevic
Counsel for Plaintiff

CASE NO.: 2:09-CV-02395-KJD-PAL
TAFOYA V. AC DELCO AUTO SERVICE CENTER, ET AL.

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January 2013, a true and correct copy of the foregoing **ORDER FOR DISMISSAL OF VOLKSWAGEN GROUP OF AMERICA, INC., WITH PREJUDICE** was served via ECF or U.S. Mail upon the following:

| | |
|---|---|
| Kenneth M. Roberts, Esq.<br>DEMPSEY, ROBERTS & SMITH, LTD.<br>520 South Fourth Street, Suite 360<br>Las Vegas, NV 89101<br>Telephone: (702) 388-1216<br>Facsimile: (702) 388-2514<br>kenroberts@drsltd.com<br>**Attorneys for Plaintiff** | Jason E. Luckasevic, Esq. (*Pro Hac Vice*)<br>GOLDBERG, PERSKY & WHITE, P.C.<br>1030 Fifth Avenue<br>Pittsburgh, PA 15219<br>Telephone: (412) 471-3980<br>Facsimile: (412) 471-8308<br>jluckasevic@gpwlaw.com<br>**Attorneys for Plaintiff** |
| Jack G. Angaran, Esq.<br>GEORGESON ANGARAN, CHTD.<br>5450 Longley Lane<br>Reno, NV 89511<br>Telephone: (775) 827-6440<br>Facsimile: (775) 827-9256<br>jack@renotahoelaw.com<br>**Attorneys for Defendant**<br>**Honeywell International, Inc.** | Eric O. Freeman, Esq.<br>SELMAN • BREITMAN LLP<br>3993 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>Telephone: (702) 228-7717<br>Facsimile: (702) 228-8824<br>efreeman@selmanbreitman.com<br>**Attorneys for Defendant**<br>**BorgWarner Morse TEC Inc.** |

and by U.S. Mail to the following:

| | |
|---|---|
| Elizabeth L. Phifer, Esq. (*Pro Hac Vice*)<br>PHIFER LAW FIRM, PC<br>15150 Preston Road, Suite 200<br>Dallas, TX 75248<br>Telephone: (972) 503-6300<br>Facsimile: (972) 503-6301<br>ephifer@phiferlawfirmpc.com<br>**Attorneys for Defendant**<br>**BorgWarner Morse TEC Inc.** | Jerry C. Popovich (*Pro Hac Vice*)<br>SELMAN • BREITMAN LLP<br>6 Hutton Centre Drive, Suite 1100<br>Santa Ana, CA 92707<br>Telephone: (714) 647-9700<br>Facsimile: (714) 647-9200<br>jpopovich@selmanbreitman.com<br>**Attorneys for Defendant**<br>**BorgWarner Morse TEC Inc.** |

DORSEY & WHITNEY LLP

_/s/ Dan R. Larsen_
Dan R. Larsen

CASE NO.: 2:09-CV-02395-KJD-PAL
TAFOYA V. AC DELCO AUTO SERVICE CENTER, ET AL.